IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FREDERICK BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:16-CV-0620-D |
| VS. | § | |
| | § | |
| NATHAN T. ANDERSON, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the June 14, 2016 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's objections, the court concludes that the findings and conclusions are correct.  It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, the April 1, 2016 motion of defendants Nathan T. Anderson ("Anderson") and Britton L. Larison ("Larison") to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) is granted, and plaintiff's federal-law claims against Anderson and Larison are dismissed without prejudice for lack of subject matter jurisdiction.  To the extent plaintiff asserts any state-law claims against Anderson and Larison, the court declines to exercise supplemental jurisdiction over such claims, and they are also dismissed without prejudice.

The April 1, 2016 motion of defendants Anderson and Larison to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is terminated as moot.

The June 10, 2016 motion of defendants Anderson and Larison to stay discovery and for protective order is terminated as moot.

Plaintiff's actions against defendants Anderson and Larison are dismissed without prejudice by Rule 54(b) final judgment filed today.

**SO ORDERED**.

July 21, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE